[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 4, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-11194

_____

D. C. Docket No. 06-00229-CV-ORL-28-DAB

KURT VROMAN,

Plaintiff-Appellee,

versus

VOLUSIA COUNTY, FLORIDA,

Defendant-Appellant,

JAMES TAUBER, named in his
individual and official capacities,
et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 4, 2010)

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Volusia County appeals from a denial of its Renewed Motion for Judgment as a Matter of Law in favor of Kurt Vroman after a jury verdict finding against Volusia County. After reviewing the record and the briefs of the parties, and hearing oral argument, we find no error that warrants reversal in this case.

AFFIRMED.